**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: Mary A Denicola ) | CASE NO. 15-11841-KHK |
| ) | |
| ) | CHAPTER 13 BANKRUPTCY |
| **DEBTOR** ) | |
| ) | |

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full.

**Name of Creditor: Bank Of America**
**Trustee Claim No.: 002**
**Court Claim No.:   008**

**Last four (4) digits of any number used to identify the Debtor's account: 5899**

**Mortgage Cure Amount:**

| | |
|---|---|
| Amount of Allowed Pre-Petition or other Arrearage: | $0.00 |
| Amount Paid By Trustee | $0.00 |

**Monthly Ongoing Mortgage Payment is Paid:**

___ Through the Chapter 13 Trustee conduit     _X__ Direct by the Debtor

Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor, Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Federal Bankruptcy Code Section 1322(b)(5), the Debtor is otherwise current on all the payments, or be subject to further action of the Court including possible sanctions.

Dated:  April 8, 2020                                             Respectfully Submitted:

/s/ Thomas P. Gorman
Standing Chapter 13 Trustee

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2020, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service

John C. Morgan, Jr., Esquire
Attorney for Debtor
New Day Legal, PLLC
98 Alexandria Pike, Ste. 10
Warrenton, VA  20186

Prober & Raphael
Attorney for Bank of America, NA
Attn:  Dean R. Prober, Esquire
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364

BWW Law Group, LLC
Attorney for Bank of America, NA
Attn:  Andrew Todd Rich, Esquire
8100 Three Chopt Road
Suite 240
Richmond, VA 23229


and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Mary A Denicola
Chapter 13 Debtor
4014 Summer Hollow Court
Chantilly, VA  20151

Bank Of America
Bankruptcy Department
PO Box 26012, NC4-105-02-99
Greensboro, NC  27420


                                          /s/   Thomas P. Gorman
                                        Thomas P. Gorman, Chapter 13 Trustee